## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM JOSEPH HANRAHAN<br><br>*Plaintiff*,<br><br>v.<br><br>PEPPER HAMILTON LLP,<br><br>*Defendant*. | CIVIL ACTION<br>NO. 14-06563 |

## ORDER

**AND NOW**, this 2nd day of October, 2015, upon consideration of the Motion of Defendant Pepper Hamilton LLP to Dismiss Plaintiff's First Amended Complaint (ECF No. 11), it is hereby **ORDERED** that the Motion is **GRANTED** and Plaintiff's First Amended Complaint (ECF No. 8) is **DISMISSED** with prejudice.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.